UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| WENDY SUSAN ARMSTRONG, | No. 2:14-cv-1305-KJN |
|---|---|
| Plaintiff, | |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

Plaintiff, represented by counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)[1] Generally, a filing fee of $400 is presently required to commence a civil action in this court. However, the court may authorize the commencement of an action "without prepayment of fees or security therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. § 1915(a)(1).

Plaintiff's application to proceed in forma pauperis is incomplete and/or unclear in several respects. For example, plaintiff does not provide information responsive to question 2b concerning former employment. Additionally, although plaintiff indicates that she has received an inheritance in the past twelve (12) months, she does not state the amount of money received as required in response to question 3. Finally, in response to question 4, plaintiff states that she has

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15).

1

about "15,00" in cash and/or in checking/savings accounts. It is unclear on its face what amount "15,00" indicates.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied without prejudice.
2. Within 28 days of this order, plaintiff shall either submit a properly completed amended application to proceed in forma pauperis addressing the above deficiencies, or pay the applicable filing fee.
3. Plaintiff's failure to file an amended application or pay the filing fee by the required deadline will result in a recommendation that plaintiff's complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated: June 4, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE