BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

   160 Spear Street, Ste. 800
   San Francisco, CA 94105
   Telephone: (415) 977-8938
   Facsimile: (415) 744-0134
   Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SUSAN ARMSTRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 2:14-CV-1305-MCE-KJN<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to file a Cross-Motion for Summary Judgment shall be extended to FEBRUARY 10, 2015.  This stipulation is necessary because Defendant's Counsel has a backlog of cases due in part to his absence from the office both for leave and illness.

Additionally, Defendant's counsel is litigating and overseeing several bankruptcy adversary proceedings. Defendant's counsel needs additional time to review this case and to prepare a response. This is Defendant's first request for an extension.

The parties request this extension in good faith, with no intent to prolong proceedings unduly. Defendant apologizes for any inconvenience caused by this delay.

Dated: JANUARY 9, 2015        */s/ Barbara M. Rizzo*
(email authorization)
BARBARA M. RIZZO
Attorney for Plaintiff

Dated: JANUARY 9, 2015        BENJAMIN B. WAGNER
United States Attorney
THEOPHOUS H. REAGANS

By:    */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED. The court's scheduling order shall be adjusted accordingly.

Dated: January 12, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE