BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SUSAN ARMSTRONG,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant.<br>_____ | No. 2:14-CV-01305-MCE-KJN<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE |

    The parties stipulate and agree, subject to the Court's approval, that the schedule in this case be amended as follows: The parties respectfully ask that the Court extend Defendant's time to file a Cross-Motion for Summary Judgment from FEBRUARY 10,

2015 to MARCH 12, 2015.  The parties respectfully ask that the Court extend Plaintiff's time to reply to Defendant's Cross-Motion by 21 days, from APRIL 2, 2015 to APRIL 23, 2015.  This stipulation is necessary because Defendant's Counsel has a backlog of cases due to illness and is unable to draft the Cross-Motion by the current due date.  Plaintiff needs an extension for her reply because Plaintiff's counsel will be out of the country when Defendant files the Cross-Motion and, therefore, requires an extension to allow her time to reply after counsel returns.

    The parties request this extension in good faith, with no intent to prolong proceedings unduly.  Defendant apologizes for any inconvenience caused by this delay.

Dated: February 6, 2015          */s/ Barbara M. Rizzo*
        (email authorization)
        BARBARA M. RIZZO
        Attorney for Plaintiff

Dated: February 6, 2015          BENJAMIN B. WAGNER
        United States Attorney
        THEOPHOUS H. REAGANS

        By:  */s/ Theophous H. Reagans*
        THEOPHOUS H. REAGANS
        Special Assistant United States Attorney
        Attorneys for Defendant

**ORDER**

    APPROVED AND SO ORDERED.

Dated:  February 6, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE