UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SUSAN ARMSTRONG, | No. 2:14-cv-1305-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On March 26, 2015, counsel for the Commissioner was directed to show cause why monetary sanctions should not be imposed based on his failure to comply with court deadlines. (ECF No. 21.) That same day, the Commissioner filed its cross-motion for summary judgment along with a response to the order to show cause. (ECF Nos. 22, 23.) In the response, the Commissioner's counsel apologized for the very tardy cross-motion and indicated that the delay was a result of an oversight and his heavy workload. In light of the response, the court declines to impose sanctions at this juncture.

However, counsel is cautioned that the court will not hesitate to impose sanctions for similar future conduct. Although the court is sympathetic to the heavy workload of counsel for claimants and the Commissioner, and therefore liberally grants extensions of time supported by good cause, such extensions must be requested prior to the expiration of the applicable deadlines.

1

Accordingly, IT IS HEREBY ORDERED that the court's March 26, 2015 order to show cause is DISCHARGED.

Dated: June 12, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE